# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

Marilyn Kelly,
Chief Justice

138953

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SANDRA SCHMID,
             Plaintiff-Appellant,

v

FARM BUREAU LIFE INSURANCE
COMPANY OF MICHIGAN and JOSEPH L.
KNOWLES,
             Defendants-Appellees,
and

JOSEPH L. KNOWLES INSURANCE
COMPANY,
             Defendant.

SC: 138953
COA: 282030
Mason CC: 06-000320-CK

_____/

      On order of the Court, the application for leave to appeal the April 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

0916

Clerk